UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| In re: | : | |
| | : | |
| LEWIS, BRIAN ALLEN | : | Case No. 09-10643-SSM |
| LEWIS, LORRAINE LOUISE | : | Chapter 7 |
| | : | |
| Debtors. | : | |

REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $2.76 representing small dividend to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law.

| Creditor's Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| PRA Receivables Management LLC as Agent of Portfolio Recovery Assocs. P O Box 41067 Norfolk, VA  23541 | 7 | $2.76 |

Dated: 5/14/2010

/s/ ROBERT O. TYLER
ROBERT O. TYLER, Chapter 7 Trustee
TYLER, BARTL, RAMSDELL & COUNTS, PLC
300 N. Washington Street, Suite 202
Alexandria, Virginia 22314
(703) 549-7177